UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| STACY ANN MEAD, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-CV-00012-LRH-RAM |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SEAN MICHAEL MEAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is Plaintiff Stacy Ann Mead's motion for attorney's fees and costs. Doc. #10. Defendant Sean Michael Mead filed an opposition, Doc. #12, to which Plaintiff replied, Doc. #13. The motion is made pursuant to this court's order of April 19, 2011, finding Plaintiff entitled to attorney's fees and costs incurred as a result of the removal under 28 U.S.C. § 1447(c). Doc. #9.

Despite Defendant's blanket opposition to an award of attorney's fees and costs, Defendant has failed to present any grounds warranting reconsideration of this court's prior determination that Defendant lacked an objectively reasonable basis for seeking removal. *See* Doc. #9, pp. 3-4. The lack of any basis for removal in this case is clearly delineated by federal statute, and no colorable argument to the contrary has been presented. As counsel should be well aware, Defendant's views on the fairness or correctness of the state court's rulings and his faith in the federal courts are irrelevant.

Regarding the fees and costs requested, Defendant states specific objections to five items,

totaling $564.95 of the $3,583.75 in attorney's fees and $150.09 in costs requested by Plaintiff. *See* Doc. #12, pp. 2-3. Good cause appearing, the court sustains Defendant's objections to $147.50 in fees on fees, and to Plaintiff's non-itemized request for $136.20 in copies, which will be reduced by half. *See* Local Rule 54-6(a) (requiring itemization of costs and disallowing certain copies).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorneys Fees and Costs (Doc. #10) is GRANTED. Attorney's fees and costs are hereby awarded in the amount of $3,436.25 in fees and $81.99 in costs.

IT IS SO ORDERED.

DATED this 30th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE